FILED
2025 Jul-23 PM 03:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| **OVIDIO ALFARO,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **v.** | * | **CIVIL ACTION.: 05:22-cv-00333** |
| | * | |
| | * | |
| **PRUDENT AMERICAN TECHNOLOGIES, INC., a FOREIGN CORPORATION** | * | |
| | * | |
| **AND** | * | |
| | * | |
| **MIKE NECESSARY, an individual** | * | |
| | * | |
| **Defendants.** | * | |

**MOTION TO SUBSTITUTE COUNSEL**

COME NOW, through undersigned counsel, Defendants, Prudent American Technologies, Inc. and Mike Necessary, who desire to substitute Defendants' counsel of record, Joshua Fuller, Mark Shoffner, Sydnie Shimkus of Bell Nunnally & Martin and Brett Adair of Adair Law Firm, with new counsel, Colin D. Sherman and Sherman & Lacey, LLP. Movers respectfully submit that this request is not intended to nor will it cause any undue delay or prejudice to any parties to the instant litigation or to this Honorable Court.

WHEREFORE, Defendants, Prudent American Technologies, Inc. and Mike Necessary, respectfully request that this Honorable Court grant Defendants' motion and enter an order substituting Colin D. Sherman and Sherman & Lacey, LLP as Defendants' counsel of record in place of Joshua Fuller, Mark Shoffner, and Sydnie Shimkus of Bell Nunnally & Martin and Brett Adair of Adair Law Firm, LLC.

Respectfully Submitted,

**/s/Colin D. Sherman**
COLIN D. SHERMAN (ASB-3110-O72S)
*Attorneys for Defendants,*
*Prudent American Technologies, Inc. and*
*Mike Necessary*

**OF COUNSEL:**

SHERMAN & LACEY, LLP
Post Office Box 3062
Mobile, AL 36652-3062
Tel.: (251) 930-5415
Fax: (251) 252-7794
csherman@shermanlaceylaw.com

/s/ Mark A. Shoffner
Mark A. Shoffner (*pro hac vice)*
State Bar No. 24037490
mshoffner@bellnunnally.com

Sydnie A. Shimkus (*pro hac vice*)
State Bar No. 24093783
sshimkus@bellnunnally.com
2323 Ross Ave., Suite 1900
Dallas, TX 75201
Tel: 214/740-1400
Fax: 214/740-1499

*/s/ Brett Adair*
Brett Adair

**OF COUNSEL:**
**ADAIR LAW FIRM, LLC**
1200 Corporate Drive, Ste 107
Birmingham, Alabama 35242
(205) 995-5080 *telephone*
(205) 408-8894 *facsimile*
Brett@adair-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of July 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record for all parties herein.

David M. Curtis
David M. Curtis & Associates, PC
381 Casa Linda Plaza, Ste. 103
Dallas, Texas 75218

Gregory A. Brockwell
Brockwell Smith LLC
2 20th Street North, Ste. 1300
Birmingham, AL 35203

Mark A. Shoffner
Joshua D. Fuller
Bell Nunnally & Martin
2323 Ross Avenue, Suite 1900
Dallas, TX 75201

Brett Adair
Adair Law Firm
1200 Corporate Drive, Suite 107
Birmingham, Alabama 35242

**/s/Colin D. Sherman**